**Order entered April 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01362-CR

**DAMON DESHAWN FINLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 069342**

### ORDER

Before the Court is appellant's April 24, 2020 third motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before June 26, 2020.

/s/    CORY L. CARLYLE
JUSTICE